JONATHAN D. ANDREWS (SBN: 199256)
LISA M. MAGORIEN (SBN: 259877)
ANDREWS · LAGASSE · BRANCH & BELL LLP
4365 Executive Drive, Suite 950
San Diego, CA 92121
Telephone: (858) 345-5080
Facsimile: (858) 345-5025

Attorneys for Defendant
KAISER FOUNDATION HOSPITALS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE BATUGO,<br><br>Plaintiff,<br><br>vs.<br><br>KAISER PERMANENTE, a California corporation; KAISER FOUNDATION HOSPITALS, a California corporation; KAISER FOUNDATION HEALTH PLAN, INC., a California corporation; SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, a California corporation; and DOES 1 - 50.<br><br>Defendants. | CASE NO.<br><br>**NOTICE OF REMOVAL OF ACTION FROM STATE COURT**<br><br>[28 U.S.C. §§ 1331, 1441, 1446]<br>(FEDERAL QUESTION) |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA:**

PLEASE TAKE NOTICE that Defendant Kaiser Foundation Hospitals (Defendant) hereby removes Case No. BC585807 from the Superior Court of the State of California, County of Los Angeles, to this Court on the basis of federal question jurisdiction pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 et seq.

///

///

-1-

NOTICE OF REMOVAL FROM STATE COURT

ANDREWS · LAGASSE · BRANCH & BELL LLP
4365 Executive Drive, Suite 950
San Diego, CA 92121

ANDREWS · LAGASSE · BRANCH & BELL LLP
4365 Executive Drive, Suite 950
San Diego, CA 92121

## I. PLEADINGS AND PROCEEDINGS TO DATE

1.     On June 19, 2015, Plaintiff Grace Batugo (Plaintiff) filed her Complaint for Damages (Complaint) in the matter of Grace Batugo v. Kaiser Permanent et al., Los Angeles County Superior Court Case No. BC585807. Plaintiff's Complaint seeks damages based on claims for Breach of Contract and Breach of The Implied Covenant of Good Faith and Fair Dealing. Plaintiff also seeks damages under California law, including alleged violations of the Fair Employment and Housing Act.

2.     Defendant accepted service of Plaintiff's Complaint on October 5, 2015.

3.     On October 19, 2015, Plaintiff filed a Request for Dismissal without Prejudice of Defendants Kaiser Permanente, Kaiser Foundation Health Plan, and Southern California Permanent Medical Group. Defendant Kaiser Foundation Hospitals is the single remaining defendant in this action.

4.     Defendant is currently represented by the undersigned attorney and agrees to this Notice of Removal.

5.     Pursuant to 28 U.S.C. § 1446, subdivision (a), true and correct copies of Plaintiff's Summons and Complaint, as well as all other process, pleadings, or orders served on Defendant, are attached hereto. Specifically, the exhibits consist of the following:

a.     Exhibit 1 – Summons

b.     Exhibit 2 – Verified Complaint

c.     Exhibit 3 – Civil Case Cover Sheet

d.     Exhibit 4 – Notice of Case Assignment

e.     Exhibit 5 – Information Regarding Litigation and Discovery Stipulations

f.     Exhibit 6 – Plaintiff's Dismissal without Prejudice

g.     Exhibit 7 – Defendant's Answer to Complaint

## II. TIMELINESS OF REMOVAL

6.     Defendant accepted service of Plaintiff's Complaint on October 5, 2015. This Notice of Removal is thus timely filed within thirty (30) days after service of the Summons and Complaint. (28 U.S.C § 1446, subd. (b).)

ANDREWS · LAGASSE · BRANCH & BELL LLP
4365 Executive Drive, Suite 950
San Diego, CA 92121

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### III.   FEDERAL JURISDICTION

7.     This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441, subdivision (c) [federal question] because Plaintiff's Complaint alleges a claim arising under federal law. Specifically, the Labor Management Relations Act of 1947 (LMRA) 29 U.S.C. § 141, et seq. completely preempts Plaintiff's state law causes of action asserted in the Complaint.

8.     Defendant employed Plaintiff as a Home Health Care Nurse. (Ex. 2, Complaint, ¶¶17, 29.) Plaintiff's Union, the United Healthcare Workers – West American Federation of Nurses, entered into a Collective Bargaining Agreement (CBA) with Defendant. Per Article XXXV of the CBA setting forth the duration of its terms, the CBA remained in effect from year to year unless amended, modified, changed, or terminated. (A true and correct copy of the CBA is attached hereto as Exhibit 8.) Defendant provided written notice to terminate the CBA on February 12, 2015. (A true and correct copy of Defendant's Decision Regarding Withdrawal of Recognition of NUHW Representation of Nurses at Los Angeles Medical Center, dated February 12, 2015, is attached hereto as Exhibit 9.)

9.     Defendant terminated Plaintiff's employment on January 2, 2015. (Ex. 2, Complaint, ¶ 13.) The CBA was thus in place during the duration of Plaintiff's employment with Defendant.

10.    In her Complaint, Plaintiff alleges causes of action for Breach of Employment Contract and Breach of Implied Covenant of Good Faith and Fair Dealing. (Ex. 2, Complaint, ¶¶88-106.) Plaintiff alleges Kaiser promised, through words or conduct, to discharge her only for good cause. (*Ibid.*) The CBA between Defendant and Plaintiff's Union was the _only_ applicable contract during Plaintiff's employment with Defendant.

///
///
///
///

-3-

1    11.    The LMRA conveys exclusive federal jurisdiction over claims of violation of

2    contracts between an employer and a labor organization, making removal to this Court proper.

3    (See 29 U.S.C. § 185, subd. (a).) 29 U.S. Code section 185, subdivision (a) provides:

4    ///

> Suits for violation of contracts between an employer and a labor organization
> representing employees in an industry affecting commerce as defined in this
> chapter, or between any such labor organizations, may be brought in any district
> court of the United States having jurisdiction of the parties, without respect to the
> amount in controversy or without regard to the citizenship of the parties. (29
> U.S.C. § 185, subd. (a).)

8    "[T]he LMRA provides federal jurisdiction over suits for violation of contracts between

9    an employer and a labor organization. A suit for breach of a collective bargaining

10   agreement is governed *exclusively by federal law* under [the LMRA]. The preemptive

11   force of [the LMRA] is so powerful that it displaces entirely any state cause of action for

12   violation of a collective bargaining agreement, and any state claim whose outcome

13   depends on analysis of the terms of the agreement." (*Newberry v. Pacific Racing Ass'n*

14   (9th Cir. 1988) 854 F.2d 1142, 114 [emphasis added, internal citations omitted]; see also

15   *Jackson v. Southern California Gas Co.* (9th Cir. 1989) 881 F.2d 638, 642.)

16   12.    Since Plaintiff alleges claims for Breach of Contract and Breach of the Covenant

17   of Good Faith and Fair Dealing, removal to this Court is proper. (29 U.S.C. § 185, subd. (a).)

18   This Court has supplemental jurisdiction over any state law claims in Plaintiff's complaint

19   pursuant to 28 U.S.C. § 1367, subdivision (a).

20                                    **IV.    VENUE**

21   13.    Venue is proper in this Court because this action was originally filed in the Los

22   Angeles County Superior Court, located within the District and Division of the Court. (See 28

23   U.S.C. §§ 84, subd. (c), 1441, subd. (a).)

24   14.    Defendant will provide written notice of the filing of this Notice of Removal to

25   adverse parties as required by 28 U.S. Code section 1446, subdivision (d) and will file a copy

26   with the Clerk of Courts of the Superior Court of California, Los Angeles County, as further

27   required by the statute.

28   ///

ANDREWS · LAGASSE · BRANCH & BELL, LLP
4365 Executive Drive, Suite 950
San Diego, CA 92121

-4-

15.     WHEREFORE, Defendant requests that this action be removed from the Superior Court of the State of California, for the County of Los Angeles, to this United States District Court for the Central District and that this Court assume full jurisdiction over this action as provided by law.

Dated: November 4, 2015

ANDREWS · LAGASSE · BRANCH & BELL LLP

By:

Jonathan D. Andrews
Lisa M. Magorien
Attorneys for Defendant
KAISER FOUNDATION HOSPITALS

NOTICE OF REMOVAL FROM STATE COURT

ANDREWS · LAGASSE · BRANCH & BELL LLP
4365 Executive Drive, Suite 950
San Diego, CA 92121